**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-30598
Summary Calendar

_____

GLENN J. LEJEUNE,

Plaintiff-Appellant,

VERSUS

AVONDALE INDUSTRIES, INC.; JERRY KAYWOOD,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-2600-R)
_____
November 19, 1996
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[1]

We affirm the judgment of the district court based on that part of the court's order and reasons of May 2, 1996, concluding that: 1) Avondale Industries, Inc., gave a racially neutral reason for LeJeune's discharge; 2) Avondale's neutral reason for LeJeune's discharge was not shown by LeJeune's summary judgment evidence to be pretextual.

AFFIRMED.

_____

[1] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under limited circumstances set forth in Local Rule 47.5.4.